1   ANDREW E. MONACH (CA SBN 87891)
    SHANE BRUN (CA SBN 179079)
2   FRANCIS HO (CA SBN 247426)
    MORRISON & FOERSTER LLP
3   425 Market Street
    San Francisco, California  94105-2482
4   Telephone: 415.268.7000
    Facsimile: 415.268.7522
5
    Attorneys for Plaintiff
6   FUJITSU HITACHI PLASMA DISPLAY LTD.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  FUJITSU HITACHI PLASMA DISPLAY LTD.,        Case No.    C 07-2201 JCS
    a Japanese Corporation,
12                                              PLAINTIFF'S NOTICE TO THE
                        Plaintiff,              COURT REGARDING STATUS
13                                              OF SERVICE OF PROCESS
                  v.
14
    LG ELECTRONICS, INC., a Korean Corporation,
15
                        Defendant.
16

17

18          Plaintiff, Fujitsu Hitachi Plasma Display Ltd. ("FHP"), hereby notifies the Court

19  regarding the status of service of process on defendant LG Electronics, Inc. ("LGE").  This notice

20  is supported by the Affidavit of Gary A. Crowe.

21          Plaintiff filed the Complaint on April 23, 2007.  The Complaint names as a defendant

22  LGE, which is alleged, on information and belief, to be a Korean Corporation.  Immediately

23  following the filing of the complaint, Plaintiff initiated service of process on LGE under the

24  Hague Convention by having a specialist in foreign service of process deliver the relevant

25  documents, including translations, to the Central Authority in Seoul, Korea on May 4, 2007.  *See*

26  Affidavit of Gary A. Crowe ("Crowe Aff."), ¶ 6.  Effecting service on a Korean corporation

27  requires a significant time for compliance.  In this case, the contemplated time for service of

28

1    process is about three months form the initial delivery to Korea, and may take longer.  *See* Crowe

2    Aff., ¶ 9.

3          Although the time limits for service of process under Rule 4(m) of the Federal Rules of

4    Civil Procedure do not apply to cases such as this one, where service is being effected under Rule

5    4(f), Plaintiff wanted to advise the Court that service is being pursued in a timely manner.  If

6    service by the Korean authorities is not completed well in advance of the date for filing the Rule

7    26(f) Report, currently set for July 20 (with an Initial Case Management Conference currently set

8    for July 27), Plaintiff will so inform the Court and request a short continuance of the CMC-related

9    dates.

10

11

12   Dated: June 7, 2007                    ANDREW E. MONACH
                                            SHANE BRUN
13                                          FRANCIS HO
                                            MORRISON & FOERSTER LLP

14

15                                          By:  _____/s/_____
                                                      Andrew E. Monach
16

17                                          Attorneys for Plaintiff
                                            FUJITSU HITACHI PLASMA
18                                          DISPLAY LTD.

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE REGARDING STATUS OF SERVICE OF PROCESS
C 07-2201 JCS                                                                                    2
sf-2333669