1  Michael J. McKeon (Admission *pro hac vice* pending/mckeon@fr.com)
   Joseph V. Colaianni (Admission *pro hac vice* pending /colaianni@fr.com)
2  Ralph A. Phillips (Admission *pro hac vice* pending /rphillips@fr.com)
   Melody Habecker (Admission *pro hac vice* pending /habecker@fr.com)
3  Kfir Levy (CSB No. 235372/levy@fr.com)
   FISH & RICHARDSON P.C.
4  1425 K Street, N.W., Suite 1100
   Washington, D.C. 20005
5  Telephone:  (202) 783-5070
   Facsimile: (202) 783-2331
6
   David M. Barkan (CSB No. 160825/barkan@fr.com)
7  Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
8  500 Arguello St., Suite 500
   Redwood City, CA 94063
9  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
10
   Attorneys for Defendant
11 LG ELECTRONICS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                      (SAN FRANCISCO DIVISION)

16 FUJITSU HITACHI PLASMA DISPLAY LTD.,    Case No. C-07-2201-JCS
   a Japanese Corporation,
17
                   Plaintiff,
18
         v.                                **DEFENDANT'S NOTICE OF MOTION
19                                          AND MOTION TO DISMISS PURSUANT
   LG ELECTRONICS, INC., a Korean          TO FRCP 12(b)(1) OR, IN THE
20 Corporation,                            ALTERNATIVE, TO TRANSFER
                                           PURSUANT TO 28 U.S.C. § 1404(a)**
21                 Defendant.
                                           Date:   July 27, 2007
22                                         Time:   9:30 a.m.
                                           Ctrm:   Courtroom A, 15th Floor
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 27, 2007, at 9:30 a.m. in Courtroom A on the 15th floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Joseph C. Spero, Magistrate Judge, Defendant LG Electronics, Inc. ("LGE") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 28 U.S.C. §§ 1331 and 2201, for an order dismissing or alternatively, pursuant to 28 U.S.C. § 1404(a), for an order transferring this case to the Marshall Division of the Eastern District of Texas.

In support of this motion, LGE relies on the Memorandum of Points and Authorities filed herewith, the Declaration of Katherine Prescott and all attachments and exhibits thereto, the Declaration of Jong-Kwon Choi and the exhibits and attachments thereto, the pleadings, records and files in this action, and on such oral argument as may be presented at the time of the hearing of this motion, as well as all other matters this Court deems appropriate.

On June 18, 2007, counsel for LGE conferred with counsel for Hitachi regarding this matter.  Counsel for Hitachi indicated that this motion is opposed.

Dated:  June 18, 2007                              FISH & RICHARDSON P.C.


By: /s/ Katherine D. Prescott
       Katherine D. Prescott

Attorneys for Plaintiff
LG ELECTRONICS, INC.

50421481.doc