Michael J. McKeon (Admission *pro hac vice* pending/mckeon@fr.com)
Joseph V. Colaianni (Admission *pro hac vice* pending /colaianni@fr.com)
Ralph A. Phillips (Admission *pro hac vice* pending /rphillips@fr.com)
Melody Habecker (Admission *pro hac vice* pending /habecker@fr.com)
Kfir Levy (CSB No. 235372/levy@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David M. Barkan (CSB No. 160825/barkan@fr.com)
Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FUJITSU HITACHI PLASMA DISPLAY LTD., a Japanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., a Korean Corporation,<br><br>Defendant. | CASE NO. 3:07-CV-02201 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) OR, IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

Having considered Defendant LG Electronics, Inc.'s Motion To Dismiss Pursuant To FRCP 12(B)(1) Or, In The Alternative, To Transfer Pursuant To 28 U.S.C. § 1404(a)and good cause appearing,

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS PURSUANT TO FRCP 12(b)(1) OR, IN THE ALTERNATIVE,
TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)
CASE NO. 3:07-CV-02201 JCS

1  **IT IS HEREBY ORDERED** that LG Electronics, Inc.'s Motion to To Dismiss Pursuant
2  To FRCP 12(B)(1) is **GRANTED**.
3
4
5  Dated: _____
6                                               Honorable Joseph C. Spero
                                             United States Magistrate Judge

8  50421484.doc

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS PURSUANT TO FRCP 12(b)(1) OR, IN THE ALTERNATIVE,
TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)
**CASE NO. 3:07-CV-02201 JCS**