1  Michael J. McKeon (Admission *pro hac vice* pending/mckeon@fr.com)
   Joseph V. Colaianni (Admission *pro hac vice* pending/colaianni@fr.com)
2  Ralph A. Phillips (Admission *pro hac vice* pending /rphillips@fr.com)
   Melody Habecker (Admission *pro hac vice* pending /habecker@fr.com)
3  Kfir Levy (CSB No. 235372/levy@fr.com)
   FISH & RICHARDSON P.C.
4  1425 K Street, N.W., Suite 1100
   Washington, D.C. 20005
5  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
6
   David M. Barkan (CSB No. 160825/barkan@fr.com)
7  Katherine D. Prescott (CSB No. 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
8  500 Arguello St., Suite 500
   Redwood City, CA 94063
9  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
10
   Attorneys for Defendant
11 LG ELECTRONICS, INC.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        (SAN FRANCISCO DIVISION)
15

16 | FUJITSU HITACHI PLASMA DISPLAY LTD., | CASE NO. 3:07-CV-02201 JCS
     a Japanese Corporation,
17 |                                      | [PROPOSED] ORDER GRANTING
                    Plaintiff,            | APPLICATION OF JOSEPH V.
18 |                                      | COLAIANNI, JR. FOR ADMISSION OF
            v.                            | ATTORNEY *PRO HAC VICE*
19
   LG ELECTRONICS, INC.,
20 a Korean Corporation,

21                  Defendant.

22

23

24     Joseph V. Colaianni, Jr., an active member in good standing of the bar of Virginia, having

25 applied in the above-entitled action for admission to practice in the Northern District of California

26 on a *pro hac vice* basis, representing defendant LG Electronics, Inc.

27

28

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/19/07

Judge Joseph C. Spero

50421392.doc

[PROPOSED] ORDER GRANTING APPLICATION OF JOSEPH V. COLAIANNI, JR. FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 3:07-CV-02201 JCS