1  Kfir Levy (CSB No. 235372/levy@fr.com)
   Michael J. McKeon (Admitted pro hac vice/ mckeon@fr.com)
2  Joseph V. Colaianni (Admitted pro hac vice/colaianni@fr.com)
   Ralph A. Phillips (Admitted pro hac vice/rphillips@fr.com)
3  Melody Habecker (Admitted pro hac vice/habecker@fr.com)
   FISH & RICHARDSON P.C.
4  1425 K Street, N.W., Suite 1100
   Washington, D.C. 20005
5  Telephone:  (202) 783-5070
   Facsimile: (202) 783-2331
6
   Katherine Prescott (CSB No. 160825/prescott@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
8  Redwood City, CA 94063
   Telephone: (650) 839-5070
9  Facsimile: (650) 839-5071

10 Attorneys for Defendant
   LG ELECTRONICS, INC.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        (SAN FRANCISCO DIVISION)

15

| FUJITSU HITACHI PLASMA DISPLAY LTD., a Japanese Corporation, | CASE NO. 3:07-CV-02201 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LG ELECTRONICS, INC., a Korean Corporation, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, pursuant to Local Rules 7-12 and 16-2(e) and the June 21, 2007 Order Setting Case

Management Conference that, subject to the approval of this Court, the Initial Case Management

Conference set by Order of this Court for July 27, 2007, at 8:30 a.m., be rescheduled to August 10,

2007, at ~~8:30~~ **10:00** a.m.

The reason for this request is that the hearing on Defendant's Motion to Dismiss or, in the Alternative, to Transfer is scheduled for August 10, 2007.  Scheduling the Case Management Conference for the same day will be more efficient for the parties, including eliminating the need for two separate trips from Washington D.C. to San Francisco by Defendant's counsel.

Dated:  July 12, 2007                                   FISH & RICHARDSON P.C.


                                                        By:    /s/ Katherine D. Prescott
                                                                   Katherine D. Prescott

                                                        Attorneys for Defendant
                                                        LG ELECTRONICS, INC.

Dated:  July 12, 2007                                   MORRISON & FOERSTER LLP


                                                        By:    /s/ Andrew Ellis Monach.
                                                                   Andrew Ellis Monach

                                                        Attorneys for Plaintiff
                                                        FUJITSU HITACHI PLASMA DISPLAY LTD


        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrew Ellis Monach.

Dated:  July 12, 2007                                   FISH & RICHARDSON P.C.


                                                        By:    /s/ Katherine D. Prescott
                                                                   Katherine D. Prescott

                                                        Attorneys for Defendant
                                                        LG ELECTRONICS, INC.

1  **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: ___July 19_____, 2007



_____
Honorable Charles R. Breyer
United States District Judge

50423734.doc