IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU HITACHI PLASMA DISPLAY,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS INC.,<br><br>    Defendant.                   / | No. C 07-02201 CRB<br><br>**ORDER TRANSFERRING CASE** |

For the reasons stated in defendant's motion and at oral argument on August 10, 2007, this action is TRANSFERRED to the United States District Court for the Eastern District of Texas.

**IT IS SO ORDERED.**

Dated: Sep. 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2201\orderoftransfer.wpd